NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRACY GROENENDAAL, OTHER )
OCCUPANT A/K/A RONALD SORIANO, )
)
      Petitioners, )
)
v. )      Case No. 2D19-185
)
REFLECTION ISLES MASTER )
ASSOCIATION, INC., a Florida )
not-for-profit corporation; and ALL )
OTHER OCCUPANTS, )
)
      Respondents. )
_____)

Opinion filed August 14, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Lee County; Alane Laboda,
Judge.

Michael G. Fink and Andrew N. Walker of
Mike Fink Law Firm, P.A., Fort Myers, for
Petitioners Tracy Groenendaal and Ronald
Soriano.

Stacy L. Haverfield of Stacy L. Haverfield,
P.A., Fort Myers, for Respondent Reflection
Isles Master Association, Inc., a Florida not-
for-profit corporation.

No appearance for remaining Respondents.


PER CURIAM.

Denied.

KHOUZAM, C.J., and LUCAS and SMITH, JJ., Concur.